# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 23, 2022

## NO. 03-22-00232-CV

**Phillip G. Scott, Appellant**

**v.**

**Sergeant Haines, Appellee**

## APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION
## BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER

This is an appeal from the order entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.